```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SM MARKETING INTERNATIONAL, LLC, | 20 Civ. 7727 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| HIBU, INC., | |
| Defendant. | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2020

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by November 30, 2020.

SO ORDERED.

Dated: New York, New York
November 16, 2020

/s/ John G. Koeltl
John G. Koeltl
United States District Judge